UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PHILLIP MERRIELL,

    Petitioner,

v.                                                    Case No. 3:24cv501-LC-HTC

RICKY DIXON,

    Respondent.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on October 21, 2024 (Doc. 4) recommending Petitioner's habeas petition (Doc. 1) be denied without an evidentiary hearing. Petitioner was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).

Having considered the Report and Recommendation and conducted a *de novo* review of the timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (Doc. 4) is adopted and incorporated by reference in this order.

2. The petition under 28 U.S.C. § 2254 (Doc. 1) is DISMISSED for lack of jurisdiction as an unauthorized successive petition.

3. The clerk shall close the file.

**DONE AND ORDERED** this 18th day of November, 2024.

                         *s/L.A. Collier*
                         **LACEY A. COLLIER**
                         **SENIOR UNITED STATES DISTRICT JUDGE**